UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| AFCO INDUSTRIES, INC., | CIVIL ACTION NO. 15 - CV - 2423 |
| Plaintiff | |
| VERSUS | JUDGE TRIMBLE |
| METAL ROOF INNOVATIONS, LTD. | |
| Defendant | MAGISTRATE HAYES |

**NOTICE OF DISMISSAL**

Plaintiff AFCO INDUSTRIES, INC., pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(i) and showing that no defendant in this action has answered or filed any motion, respectfully submits this notice of dismissal.

**GOLD, WEEMS, BRUSER, SUES & RUNDELL**

Dated:   December 22, 2015        By:   s/ Stephen A. LaFleur
                          Gregory B. Upton, T.A.    #17177
                          Stephen L. Lafleur        #28648
                          Jonathan D. Stokes        #34111
                          P.O. Box 6118
                          2001 MacArthur Drive
                          Alexandria, LA 71307-6118
                          (318) 445-6471   (318) 445-6476 (fax)

**ATTORNEYS FOR AFCO INDUSTRIES, INC.**